IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CAROL WOOD,
       Plaintiffs,

v.
       No. CIV-05-690 JH/LFG

C.R. BARD, INC.

       Defendant.

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Carol Wood, by and through her counsel of record, hereby stipulates and agrees, pursuant to the Rule 41 of the Federal Rules of Civil Procedure, to the dismissal with prejudice of this entire action including all parties and all causes of action. The basis for this dismissal is a settlement between the parties and this order does not constitute an adjudication of the fault of any party. Each party will bear their or its own attorney fees and costs.

LAW OFFICES OF JOHN R. POLK

By _____
John R. Polk
Attorney for Plaintiff
6001 Indian School Road, NE, Suite 160
Albuquerque, NM 87110
Phone: 505-247-1100/Fax: 505-247-1114

GILMAN LAW FIRM, P.A.

By: _____
James K. Gilman
Attorneys for Plaintiff
6001 Indian School Road NE, Suite 160
Albuquerque, NM 87110
Phone: 505-875-0700/Fax: 505-878-9414

BANNERMAN & WILLIAMS, P.A.



By: _____
John A. Bannerman
Attorneys for Defendant
2201 San Pedro Blvd. NE
Building #2, Suite 207
Albuquerque, NM 87110
Phone: 505-837-1900/Fax: 505-837-1800


HASSARD BONNINGTON LLP


By _____
Thomas M. Frieder
Attorneys for Defendant
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993
Phone: 415-288-9800/Fax: 415-288-9801